| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>Michael N. Milby, Clerk of Court<br>FILED DEC 0 7 2007<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER<br>460-2006-01032 |
|---|---|---|

Texas Workforce Commission Civil Rights Division _____ and EEOC

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. Charles Goodridge | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Hewlett Packard | NUMBER OF EMPLOYEES, MEMBERS<br>500+ | TELEPHONE (Include Area Code)<br>(800)396-3798 |
|---|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br>15555 Cutten Rd. , Houston, TX  77070 | | COUNTY<br>Harris |
| NAME | TELEPHONE (Include Area Code) | |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE<br>[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>Current (See attached)<br>[X] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))):

SS#        8698

See attached particulars.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>2/27/06     [signature]<br>Date        Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>[signature] 2/22/06<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>Stephanie M. Cortez  2/22/06 |

EEOC FORM 5 (Test 10/94)

STEPHANIE M. CORTEZ
Notary Public, State of Texas
My Commission Expires
May 14, 2006

## CHARLES GOODRIDGE
## CHARGE OF DISCRIMINATION

I have been employed with Respondent, through the entities it has acquired (Digital and Compaq), from 1995 through the present as a Systems Specialist.

I was previously employed at Respondent's Taylor Street Command Center in the Boston area and was transferred to the Houston Command Center in approximately January, 2004 when the Taylor Street Command Center closed down. In March, 2004, due to my strong performance, I was promoted from a job classification of ITO III to ITO V which is the highest classification for my position. I was also a "Lead" in this position. However, although Respondent's policy states that I should be earning an annual income in at least the middle of the pay range for that classification, I am actually earning a pay rate at the lower end of such pay range. Whereas, upon information and belief, similarly situated White employees with less or similar experience and/or seniority are being compensated at higher levels in their pay range.

In September, 2004, Mark Prock became my new Supervisor. Throughout his tenure as a Supervisor continuing to the present, there has been a racially hostile work environment toward myself and other African-Americans/Blacks in the workplace. He refers to African-American Males as "Boy." Indeed, several African-American employees have complained about such racially hostile work environment to no avail. African-Americans have been treated differently by Respondent's management at the Houston Command Center than employees of other races/colors in their terms of employment and treatment. I have also been subjected to a level of harassment that is not directed toward non-African-American/Blacks in the workplace, such as being ostracized or ignored when work related events which concern me are occurring as well as other forms of hostility from management and co-workers intended to interfere with my work environment.

In March, 2005, Mr. Prock instructed my reviewing supervisor to evaluate me with a lower rating than was commensurate with my job performance. When I asked Mr. Prock and the Director of the facility what I could do to make my performance better, I was told that they were unable to do so.

In December, 2005, there was a reorganization among management and a number of supervisor positions became available. Despite my high job classification and the fact that I was one of the most well qualified for such position, the supervisor positions went to White and Hispanic employees who are lesser qualified than I am. When I questioned such decisions as to why I did not receive a promotion, Mr. Prock told me to work below my job grade and work on handling tickets (which was lower than the Lead position that I had previously performed) and that I was not going to advance in the company. He further stated that if I wanted advancement, then I should go back to Boston, as a sarcastic reference considering there was no longer any Boston facility.

I believe that I was discriminated against and not promoted because of my race (African-American) and color (Black) in violation of Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991, as amended, 42 U.S.C. §2000e, *et seq.,* and the Texas Commission on Human Rights Act, Chapter 21 of the *Texas Labor Code*, as amended.

I have exhausted all my administrative remedies through the EEOC

I was issued a Right to Sue and am filing the complaint within 90 days

All events took place in Houston, Texas

I am seeking all damages that can be awarded under law

*Chala Rookery* (signature)

11800 Grant Rd, apt 4305
Cypress, TX 77429

281 795-6869

Chas1Good2@yahoo.com

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Charles Goodridge**
11800 Grant Rd., Apt 4305
Cypress, TX 77429

From: **Houston District Office**
1919 Smith St, 7th Floor
Houston, TX 77002

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2006-01032 | **Nicholas Alwine, Enforcement Supervisor** | (713) 209-3422 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
R.J. Ruff, Jr.,
District Director

9/10/07
(Date Mailed)

Enclosure(s)

cc: Merritt B. Chastain III
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002

Ian Sharfman
The Scharfman Law Firm
5847 San Felipe, Suite 3275
Houston, TX 77057

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Charles Goodridge

**DEFENDANTS**
Hewlett Packard

**(b)** County of Residence of First Listed Plaintiff  Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Harris
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [X] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT**   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | [X] 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of The Civil Rights Act of 1964
Brief description of cause:
Race Discrimination

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):
JUDGE
DOCKET NUMBER

DATE  12/7/2007
SIGNATURE OF ATTORNEY OF RECORD  Charles Goodridge

**FOR OFFICE USE ONLY**
RECEIPT #____  AMOUNT____  APPLYING IFP____  JUDGE____  MAG. JUDGE____