# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **CHARLES GOODRIDGE** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:07-CV-4162** |
| | § | |
| **HEWLETT-PACKARD** | § | CIVIL ACTION NO: 4:08-CV-01164 |
| **COMPANY** | § | |

## SETTLEMENT AGREEMENT (AT MEDIATION)

2

4

**PLAINTIFF(S):**

_[signature]_

**DEFENDANT(S):**

_[signature]_

**COUNSEL FOR PLAINTIFF(S):**

_[signature]_

**COUNSEL FOR DEFENDANT(S):**

_[signature]_

5

Attachment A