UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES GOODRIDGE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-07-4162 |
| | § | |
| HEWLETT PACKARD COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

### Order

Pending before this Court are defendant's motion to enforce the settlement agreement and Trang Q. Tran's motion to withdraw as attorney of record. *See* Dkt. 31, 37. An oral hearing will be held on these motions on Wednesday, March 11, 2009 at 11:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas. Plaintiff shall file a response to defendant's motion no later than 10:00 a.m. on Tuesday, March 10, 2009.

It is further ORDERED that plaintiff Charles Goodridge shall be present for the hearing on Wednesday, March 11, 2009.

Signed at Houston, Texas on March 5, 2009.

_____
Gray H. Miller
United States District Judge