UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES GOODRIDGE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-07-4162 |
| | § | |
| HEWLETT-PACKARD CO., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The agreed stipulation of dismissal with prejudice is GRANTED. Dkt. 39. Accordingly, defendant's motion to enforce the settlement agreement (Dkt. 31) and plaintiff's agreed motion for withdraw of counsel (Dkt. 37) are DENIED as moot.

It is, therefore, ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims and causes of action against defendant are dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that all attorneys' fees and costs of court are to be borne by the party incurring the same.

Signed at Houston, Texas on March 10, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY